FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

ERIC D. Wiggins
_____
(Enter above the full name of the plaintiff in this action)

V.

Hon. James E. Isman
John Zarych Esq
Ellen Loughney, PAtrum Wild et Al
_____
(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. 1:23-cv 2042
                              CPO
RECEIVED
(To be supplied by the Clerk of the Court)

NOV - 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. **If you cannot prepay the $402.00 fee**, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. **If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.** The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

  ~~___~~ 42 U.S.C. §1983 (applies to state prisoners)

  ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

  If you want to assert jurisdiction under different or additional statutes, list these below:

  _____

1b. Indicate whether you are a prisoner or other confined person as follows:

  ___ Pretrial detainee

  ___ Civilly-committed detainee

  ___ Immigration detainee

  _X_ Convicted and sentenced state prisoner

  ___ Convicted and sentenced federal prisoner

  ___ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): Eric D. Wiggins

Defendant(s): The New Jersey State Parole Board

b. Court and docket number: 1:23-cv-2092 CPO

c. Grounds for dismissal: ( ) frivolous  ( ) malicious

(X) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: 10/10/2023

e. Approximate date of disposition: Oct. 24, 2003

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? ACJF

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: Eric D. Wiggins

mailing address
Address: 9574 Weymonth Rd, Hammonton NJ 08037
Inmate #: Eric P. Wiggins
5060 ACJF P.A. Ave Mays Landing NJ 08330

b. First defendant:

Name: James E. Isman

Official position: Judge Superior Court Judge

Place of employment: Civil Court Atlantic City NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He sentenced me to a CSL and a sex assault I never did. He was bias and was removed from Criminal Court. Denied me (3) times- 10/24/02, June 2006 - May 2010.

c. Second defendant:

Name: Ellen Loughney

Official position: Retired Prosecutor

Place of employment: Borgata Hotel Casino

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

She was a Prosecutor who relied on false testimony and withheld a notorized letter of Victim recanting and admitting to lying. She committed false Imprisonment.

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

John Ianych / Patricia Wild.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   _X_ Yes    ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   Civil. No - 19-18676 (NLH)

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   No.

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   Judge denied petitioner a right
   Judge dismissed from Superior Court
   to withdraw plea at Sent.
   PCR and on Natale Appeal
   Prosecutor lied and said Defend. Never
   told HIV (+) status, But the victim knew
   also had STD.

June 2006
Prosecutor had not mentioned the Accuser posted Bail twice for defendant.

Then the CDC was for misrefeld 2014.

But he had court order to work at Dominos April/May 2022 from Pretrial release Ocean Co.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

To GRANT Habeas Corpus Motion 1:23-20925, vacate sentence, BR 28 year old illegal sentence and receive 15 million in

monetary, punitive, and compensatory damages

Also examine and criminal proceeding that we plead guilty to in 1993, 2014, 2015, 2019, and 2022, to be dismissed for failure to provide effective counsel.

8. Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28_ day of _October_, 20_23_

_Eric Wiggins_
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - CRIMINAL
ATLANTIC COUNTY

STATE VS.   ERIC WIGGINS
INDICTMENT: 23-06-01446-I E
INDICT DT:  06-29-2023

CHARGES:
SPECIAL SENTENCE PSL/CSL - VIOLATES

DEFENDANT: ERIC WIGGINS
           IN COUNTY JAIL AS OF 04-26-2023
           COMMIT #: 288793

## NOTICE TO DEFENDANT

Take notice that you are scheduled to appear at the Superior Court of New Jersey, ATLANTIC County Located at, 4997 Unami Blvd. Mays Landing, NJ 08330 on THURSDAY, AUGUST 3, 2023 at 09:00 AM in Court Room number: 3   , for the purpose of POST INDICT ARRAIGN. YOU MAY BE IN COURT ALL DAY, please make any necessary arrangements for child care and/or job coverage.

If you are represented by private counsel, show this notice to your attorney as soon as possible.  Your Attorney should make the necessary arrangements to obtain Discovery and arrange for an Interpreter (if needed) in advance of your scheduled court date.  If you cannot afford a private attorney and have not already applied for a Public Defender, you may do so at the courthouse on the date of your court appearance

If you require the services of an Interpreter, and have no attorney to arrange it contact the court at the number listed below. (Por favor llame al numero de telefono abajo indicado para avisar que necesita los servicios de un interprete.)

You are also advised that failure to appear on the above listed date will result in the issuance of a bench warrant for your arrest and the forfeiture of your bail.

DOROTHY INCARVITO-GARRABRANT
JUDGE OF THE SUPERIOR COURT

QUESTIONS? CONTACT:
TEAM E
(609) 402-0100 EXT.47480

NOTICE DATE: 07/10/2023

rev 08/2018

W-2022-000105-1530   03/30/2022   01:55:40 PM   Pg 3 of 5   Trans ID: CRM20222791782

2023
FILED
W-2022-000105-1530
MAR 29 2023

State v. Eric D Wiggins



# CONDITIONS OF RELEASE

IT IS ORDERED, on this date, March 30, 2022, that the defendant be released on Pretrial Monitoring Level III on the following non-monetary conditions:

The defendant

- shall appear for all scheduled court proceedings.
- shall immediately notify Pretrial Services of any change of address, telephone number or other contact information.
- shall not commit any offense during the period of release.
- shall report to Pretrial services as follows: telephonically once every other week and in person once every other week
- Shall refrain from excessive use of alcohol, or any unlawful use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.
- shall satisfy the following other conditions: Must continue employment at Domino's.



From: D. Williams 288793
THIS CORRESPONDENCE IS BEING SENT BY AN INMATE OF THE ATLANTIC COUNTY JUSTICE FACILITY
5060 Atlantic Ave
Mays Landing NJ 08330

RECEIVED
NOV 30 2023 AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

Clerk, Dist Court
4th St. Cooper St
Camden NJ 08101

1:23-cv-22009